LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
By:   Bernard V. Kleinman, Esq.
      108 Village Square
      Suite 313
      Somers, NY 10589-2305
      Tel. 914.644.6660
      Fax 914.694.1647
      Email: *attrnylwyr@yahoo.com*
      <u>Attorney for Plaintiffs</u>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JUSTIN LANASA, TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC,** | :    **Case No. 22-cv-** |
| **Plaintiffs,** | : |
| — *versus* — | : **VERIFIED COMPLAINT** |
| **ERIK STIENE,** | : |
| **Defendant.** | : |

The Plaintiffs, JUSTIN LANASA, TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC, by and through their attorney of record, Bernard V. Kleinman, Esq., for their Verified Complaint against the named Defendant, do hereby allege the following,

## THE PARTIES

1. Plaintiff JUSTIN LANASA (hereinafter referred to as "LANASA") is a resident of the State of North Carolina, residing in the County of New Hanover, City of Wilmington.

2. Plaintiff TSR, LLC (hereinafter referred to as "TSR") is a limited liability corporation existing under the laws of

the State of Wisconsin has an office located in the State of North Carolina. TSR maintains and conducts business from an office in Wilmington, North Carolina.

3. Plaintiff DUNGEON HOBBY SHOP MUSEUM, LLC (hereinafter referred to as "DUNGEON HOBBY"), is a limited liability corporation existing under the laws of the State of Wisconsin and operates as a business in the State of Wisconsin.

4. Plaintiff LANASA is the principal officer and member of Plaintiff TSR.

5. Defendant ERIK STIENE (hereinafter referred to as "STIENE") is a private individual residing at 5209 Haspel Street, # 2, Elmhurst, NY 11373-4344.

6. Plaintiff TSR is a limited liability company and a creator, manufacturer, and distributor of tabletop role playing games, as well as other products and services. Plaintiff distributes its products throughout the country and on the internet.

## JURISDICTION & VENUE

7. Plaintiffs repeat and re-iterate ¶¶ 1 through 5 inclusive as if set forth herein.

8. Each and all acts of Defendant STIENE were performed individually and collectively, and by his own design and intent.

9. The incidents which give rise to this cause of action occurred within this jurisdiction, the Eastern District of New York, and within one year of the action itself or within one year of the named Plaintiffs having discovered the publication of the alleged defamatory statements.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1), (2), (c)(2) as amended by Section 311 of the Judicial Improvement Act of 1990, by reason of it being the location where all, or substantially all, of the events or omissions giving rise to the claims occurred, and where the Defendant resides.

11. Jurisdiction is proper pursuant to federal diversity jurisdiction and the amount of damages is in excess of the jurisdictional amount laid out therein, *viz.*, 28 U.S.C. § 1332. Plaintiffs further invoke the pendent and supplemental jurisdiction of this Court to hear and Decide claims arising under state law pursuant to 28 U.S.C. § 1367.

| | |
|---|---|
| 1 | **ALLEGATIONS** |
| 2 |     12. Plaintiffs repeat and re-iterate ¶¶ 1 through 19 as |
| 3 | if set forth herein. |
| 4 |     13. Defendant maintains an online presence designated as |
| 5 | "Tenkar's Tavern". |
| 6 |     14. This online presence, designated as "Tenkar's |
| 7 | Tavern", is almost solely and exclusively devoted to an |
| 8 | obsession with the named Plaintiffs, and includes weekly, if |
| 9 | not daily, diatribes, insults, threats, false statements, and |
| 10 | profane language directed at the named Plaintiffs, and other |
| 11 | postings and re-postings designed to harass, annoy and aggra- |
| 12 | vate the named Plaintiffs, causing them both personal and |
| 13 | professional financial and other harm. *See, e.g.*, |
| 14 |     https://youtu.be/ZJ-sv0LGiuE Oct 15, 2020 |
| 15 |     https://youtu.be/ZDV2b0e0YVk Oct 15, 2020 |
| 16 |     https://youtu.be/ffoo26nEhx8 June 17 2021 |
| 17 |     https://youtu.be/MBOYVG-aL54 June 21 2021 |
| 18 |     https://youtu.be/VJpS_H-M-1I June 22 2021 |
| 19 |     https://youtu.be/FDbU_nCJnbk June 23 2021 |
| 20 |     https://youtu.be/t0FwF9_XwtY June 24 2021 |
| 21 |     https://youtu.be/1Nr0c1sheo0 July 7 2021 |
| 22 |     https://youtu.be/qjIi5LGOuFI July 9 2021 |
| 23 |     https://youtu.be/-e2EUHUGbIc July 29 2021 |
| 24 |     https://youtu.be/GxY_W55PsaE Aug 19 2021 |
| 25 |     https://youtu.be/jjTvNycNpqw Aug 30 2021 |
| 26 |     https://youtu.be/JKWf-tBI1Hg Sept 6 2021 |

| | | |
|---|---|---|
| 1 | https://youtu.be/gKYIhMltLnU | Sept 19 2021 |
| 2 | https://youtu.be/skGiuemsC2w | Sept 23 2021 |
| 3 | https://youtu.be/HjlOxyBhEBY | Oct 21 2021 |
| 4 | https://youtu.be/wbDFRQBnclw | Oct 25 2021 |
| 5 | https://youtu.be/YWWSA2heW2Y | Oct 28 2021 |
| 6 | https://youtu.be/ASOtt4tF4nw | Nov 12 2021 |
| 7 | https://youtu.be/cUg9mJLuj-0 | Dec 8 2021 |
| 8 | https://youtu.be/FbJfO0e09Nc | Dec 9 2021 |
| 9 | https://youtu.be/ElWEkQfr7cM | Dec 10 2021 |
| 10 | https://youtu.be/VBwUlZk_J50 | Dec 12 2021 |
| 11 | https://youtu.be/Nvlx0T-fsJo | Dec 13 2021 |
| 12 | https://youtu.be/FKUptMIAEGw | Dec 26 2021 |
| 13 | https://youtu.be/mlqwY5Lblp8 | Jan 3 2022 |
| 14 | https://youtu.be/cIcx-rZgSZI | Jan 4, 2022 |
| 15 | https://youtu.be/g49lUPQBK58 | Jan 7 2021 |
| 16 | https://youtu.be/wDl3Wo6WTuU | Jan 8 2022 |
| 17 | https://youtu.be/AbpJ-djtNk0 | Jan 9 2022 |
| 18 | https://youtu.be/0sAMftZTSt0 | Jan 14 2022 |
| 19 | https://youtu.be/dYlhHRxLyrE | Jan 16 2022 |
| 20 | https://youtu.be/UTr6BqwDKRo | Jan 24 2022 |
| 21 | https://youtu.be/mvqHZTtyc6o | Jan 31 2022 |
| 22 | https://youtu.be/ZJDAtBlR6vc | Feb 8 022 |
| 23 | https://youtu.be/p0f2FkH-GZ4 | Feb 13 2022 |
| 24 | https://youtu.be/diTO55NTyvM | Feb 15, 2022 |
| 25 | https://youtu.be/hxsDOlDPkDc | Feb 18, 2022 |
| 26 | https://youtu.be/MkUpFrAsseA | Feb 22 2022 |
| 27 | https://youtu.be/bYdqbe9KU6o | Feb 24 2022 |
| 28 | https://youtu.be/C4Lgw1S1tlo | Feb 26 2022 |
| 29 | https://youtu.be/gy2NE7zCAjw | Mar 6 2022 |
| 30 | https://youtu.be/ww94qDNy-co | Mar 8 2022 |

| | |
|---|---|
| 1 | https://youtu.be/yLq9U2ky67g Mar 10 2022 |
| 2 | https://youtu.be/uH9pk2y5NHo Mar 13 2022 |
| 3 | https://youtu.be/1jrrJ8vItWs Mar 14 2022 |
| 4 | https://youtu.be/pSbVzLby37w Mar 17 2022 |
| 5 | https://youtu.be/_L381qEwEz4 Mar 21 2022 |
| 6 | https://youtu.be/Xk6AyDCmVLk Mar 24 2022 |
| 7 | https://youtu.be/mfgq56eVRPY Mar 29 2022 |
| 8 | https://youtu.be/8PSZGEOX1Ps Apr 4 2022 |
| 9 | https://youtu.be/HCJlJ2Apk1A Apr 5 2022 |
| 10 | https://youtu.be/mMcvyJb4p_8 Apr 7 2022 |
| 11 | https://youtu.be/qv17fb1LzLU Apr 9 2022 |
| 12 | https://youtu.be/Rs-5OU-RpG0 Apr 12 2022 |
| 13 | https://youtu.be/U1uDbdxG4VU Apr 14 2022 |
| 14 | https://youtu.be/HKwdLcuJQfw Apr 19 2022 |
| 15 | https://youtu.be/rF53aEDAakY Apr 28 2022 |
| 16 | https://youtu.be/bJ_2oqzFtkU Apr 29 2022 |
| 17 | https://youtu.be/YtFIIqhJQRA May 10 2022 |
| 18 | https://youtu.be/BLn6Zb_UyMs May 15 2022 |
| 19 | https://youtu.be/LnYx63faYuY May 16 2022 |
| 20 | https://youtu.be/f4qUp1DVmr8 May 17 2022 |
| 21 | https://youtu.be/uqKNEBr9bcg May 24 2022 |
| 22 | https://youtu.be/zugnTqZ0DdM May 26 2022 |
| 23 | https://youtu.be/qkpDy7DJhKw May 28 2022 |
| 24 | https://youtu.be/F8CvlndLQo8 June 7 2022 |
| 25 | https://youtu.be/l5gffYawjCQ June 9 2022 |
| 26 | https://youtu.be/-sDfkispM9w June 13 2022 |
| 27 | https://youtu.be/djYL3joFZqQ June 15 2022 |
| 28 | https://youtu.be/oZOAW1d4XxA June 16 2022 |
| 29 | https://youtu.be/hjOSwJd6ZXM June 18 2022 |
| 30 | https://youtu.be/CbSHvXIB9uI July 17 2022 |

```
1    https://youtu.be/hzmfCtDKtWw July 18, 2022
2    https://youtu.be/fD9evesvAos July 19 2022
3    https://youtu.be/FeKYty0JyTg July 21 2022
4    https://youtu.be/Anl6NB5KT5o July 22 2022
5    https://youtu.be/R5BVOUvgdu0 July 23 2022
6    https://youtu.be/Ryr70TweDyA July 24 2022
7    https://youtu.be/27SxS3K4vDA July 25 2022
8    https://youtu.be/JAprZZPC1rQ Aug 6 2022
9    https://youtu.be/HttLp32IAp4 Aug 7 2022
10   https://youtu.be/SUYD3pN0rq4 Aug 11 2022
11   https://youtu.be/8CslVrln2Mg Aug 15 2022
12   https://youtu.be/ec7oiomgJXQ Aug 16 2022
13   https://youtu.be/SvtQ2MPNTWM Aug 18 2022
14   https://youtu.be/hjb1_OACuac Aug 19 2022
15   https://youtu.be/Mdb-fmzFO7g Aug 23 2022
16   https://youtu.be/fSLwjYMnV4E Aug 29 2022
17   https://youtu.be/A6B-LmnEedw Aug 30 2022
18   https://youtu.be/5Io4oDHbj-E Aug 30 2022
19   https://youtu.be/8wpMpCA2N7w Sept 2 2022
20   https://youtu.be/GtUjKoQGbeg Sept 4 2022
21   https://youtu.be/0Jghe3ECtmI Sept 5 2022
22   https://youtu.be/-JeoVMZZ61s Sept 6 2022
23   https://www.youtube.com/watch?v=h1ih80Xmki0 Sep 16, 2022
```

15. Other than Youtube postings, the named Defendant has utilized multiple other locations on the Internet to distribute and publish his defamatory and libelous statements; all demonstrating the malice and intent to harm the named Plaintiffs. *See, e.g.,*

1        https://www.tenkarstavern.com/

2        https://www.facebook.com/tenkarstaverncommunity/

3        https://www.patreon.com/tenkarstavern

4        https://discord.me/tenkars-tavern

5        https://twitter.com/tenkarstavern?lang=en

6        https://podcasts.apple.com/us/podcast/tavern-

7        chat/id1386740882

8        https://anchor.fm/tavernchat

9        16. Through this online presence Defendant, knowingly

10   and willfully, with the intent to harm and cause financial

11   damage to the Plaintiffs, made fraudulent and defamatory

12   statements specifically accusing the named Plaintiffs of

13   various scurrilous and damaging behavior.

14       17. Among, but not limited to, the knowingly, malicious,

15   and intentional and false and defamatory statements, pub-

16   lished online by the Defendant were the following:

17   **January 08, 2022:**
18   "inadvertently honest, I don't think that was your
19   intention" 04:57
20
21   "the new artist got paid for it, but Greg Bell did not"
22   (when, in fact, Artist Greg Bell had been paid for his
23   work) 07:05
24
25   *https://www.youtube.com/watch?v=wD13Wo6WTuU*
26
27   **January 09, 2022:**
28   Mis-representing the Plaintiff DUNGEON HOBBY
29   "wasn't a not for profit, was for profit" 03:16

https://www.youtube.com/watch?v=AbpJ-djtNk0

**February 08, 2022:**
Repeated postings on the internet that stated,
e.g.,:
"does not like homos and their type; will not work
with folks that support them" 12:29

*https://www.youtube.com/watch?v=ZJDAtB1R6vc*

**February 08, 2022:**
"he thinks he's some kind of warrior for the old
ways; you know racism, gay bashing, women in the
kitchen" 12:29

*https://www.youtube.com/watch?v=ZJDAtB1R6vc*

**February 18, 2022:**
"jackass comes to my house; I hope they like lead
because I have plenty to offer if that is the case"
01:51

*https://www.youtube.com/watch?v=hxsDO1DPkDc*

**March 17, 2022:**
"Mario77, aka ignorant cunt, aka Justin I fuck
ignorant cocks; we know this is Justin" 0:28

accusing Plaintiff LANASA of doxing (search for and
publish private or identifying information about (a
particular individual) on the internet, typically
with malicious intent) the Defendant, with no
support whatsoever. 03:08

"your criminal history; that's certainly public
knowledge" 06:10

"my wife just told you that she would grow a cock
so you could eat that cock" 09:31

*https://www.youtube.com/watch?v=pSbVzLby37w*

**May 10, 2022:**
"TSR . . . they are scraping the bottom of the
privy, okay, you can't get more shit than this shit.

So that's your customer base and you're appealing to it." 04:10 - 04:22

*https://www.youtube.com/watch?v=YtFIIqhJQRA*

**May 28, 2022:**
"he himself was kicked out of the military for lack of leadership potential" 15:09

*https://www.youtube.com/watch?v=qkpDy7DJhKw*

**June 15, 2022:**
"you fucked over your prior business partners to get the TSR trademark" 05:23

"you included a Nazi in the company" 09:19

*https://www.youtube.com/watch?v=djYL3joFZqQ*

18. Further, in an attempt to intimidate, harass, and threaten the named Plaintiff, LANASA, the Defendant posted a video in which he stated: "I already know your address; I already know your fucking phone number; I know your wife's phone number."

**March 17, 2022:** *https://www.youtube.com/watch?v=pSbVzLby37w* @ 05:26.

19. The Defendant also posted, online, in a continuing attempt to intimidate, harass, and threaten the Plaintiff, images of his wife and minor child. This posting lasted the entire length of the Youtube video, for more than thirteen minutes.

**June 18, 2022:** *https://www.youtube.com/watch?v=hjOSwJd6ZXM*

20. In an attempt to resolve this behavior without the necessity of judicial intervention, the Plaintiffs had counsel send a Cease and Desist Letter to the Defendant on July 29, 2022. See <u>Exhibit A</u>.

21. In a further example of the Defendant's rank and tortious behavior, and clear malicious intent to continue to harm the Plaintiffs, the response of the Defendant was to post the letter online, and ridicule it; with no actions taken to comply with the letter. See *https://www.youtube.com/watch?v=A6B-LmnEedwXX*, Aug. 30, 2022.

22. In further attempts to harass, intimidate, and threaten the named Plaintiffs, the Defendant has made repeated, unsubstantiated, and uncorroborated statements alleging some former position in law enforcement. *See, e.g.,* **September 6, 2021**: https://www.youtube.com/watch?v=JKWf-tBI1Hg @ 11:56.

### CAUSE OF ACTION FIRST

### AS AGAINST DEFENDANT STIENE — DEFAMATION & LIBEL *PER SE*

23. Plaintiffs repeat, re-iterate, and incorporate herein ¶¶ 1 through 22 as if set forth herein.

1   24. The above-stated defamatory and libelous statements

2   described above have had a devastating and irreparable effect

3   on the Plaintiffs personal and professional reputations.

4   25. Furthermore, upon information and belief, said

5   defamatory statements have been repeated and re-posted by

6   third parties causing further and lasting harm to the named

7   Plaintiffs.

8   26. The Defendant either published, or cause to be

9   published, numerous false and defamatory statements about the

10  Plaintiffs.

11  27. Each of these aforesaid defamatory statements were

12  untrue and defamatory in that they falsely reported and

13  mischaracterized the Plaintiffs' character and actions, and

14  the Defendant knew, or should have known, that such statements

15  were false.

16  28. The Defendant published these false and defamatory

17  statements with malice.

18  29. The Defendant published these false and defamatory

19  statements with knowledge of their falsity and/or with a

20  reckless disregard for the truth or falsity of these state-

21  ments.

22  30. Without regard to the falsity and defamatory nature

23  of these statements, among others, the Defendant allowed

other parties to re-publish these statements, causing further

harm to the Plaintiffs. *See, e.g.,*

*https://youtu.be/KRDUFHbV8N4* (July 20, 2022)

*https://youtu.be/AKPn7fM1YwA* (July 20, 2022)

*https://youtu.be/wt1HA2O3GYs* (July 20, 2022)

*https://youtu.be/ibqG4AlcyNk* (July 25, 2022)

*https://youtu.be/rkPURc5cqTU* (July 21, 2022)

*https://youtu.be/OUjK132rx-Y* (July 27, 2022)

*https://youtu.be/KRDUFHbV8N4* (July 20, 2022)

*https://www.tiktok.com/@nightshade_386/video/712263332*
*1754037550?is_from_webapp=v1&item_id=71226333217540375*
*50*

31. The Defendant, among other things, as set forth above, accused the Plaintiff LANASA of "he's some kind of warrior for the old ways; you know racism, gay bashing, women in the kitchen"; "you included a Nazi in the company"; "you fucked over your prior business partners to get the TSR trademark". See ¶ 22 above. All of which the Defendant knew to be false.

32. The effect of these accusations has been to seriously and irrevocably harm not only Plaintiff LANASA, but also Plaintiffs TSR, and DUNGEON HOBBY.

33. These aforesaid statements constitute defamation and/or libel *per se* because they falsely impugn the Plaintiffs' honesty, trustworthiness, dependability, and professional fitness and abilities, and falsely charged him with engaging in criminal conduct, fraud, dishonesty and/or other conduct that would tend to injure the Plaintiffs in their trade or business, and any trade, business, or profession which Plaintiffs may seek to pursue.

34. These aforesaid false and defamatory statements have caused the Plaintiff LANASA (as well as his family members) severe embarrassment, humiliation and emotional injury.

35. Upon information and belief, the Defendant has made, and continues to make or cause to be made, these and similarly false and defamatory statements about the Plaintiffs to third parties.

36. As a result of said defamation, the Plaintiff LANASA continues to suffer from severe humiliation, loss of standing in the community, loss of self-esteem, public disgrace, loss of standing and respect within his own family, and severe and extreme emotional distress.

37. The defamatory acts committed against the Plaintiffs by Defendant were intentional, willful, wanton, malicious and oppressive and were motivated, solely by a desire to

1  permanently harm the name, reputation, and financial and
2  business interests of the Plaintiffs without regard for the
3  truth or the Plaintiffs' well-being and were based on a lack
4  of concern and ill-will toward the Plaintiffs and/or a mali-
5  cious, deliberate, and/or reckless disregard for their
6  rights, for which the Plaintiffs are entitled to an award of
7  punitive damages.

8      38. At all material times, Defendant defamed Plaintiff
9  LANASA by — as stated above — making false statements which
10 tended to expose Plaintiff to public contempt, ridicule,
11 aversion or disgrace, and induced an evil opinion of him in
12 the minds of right-thinking persons, and deprived him (and
13 continues to deprive him) of their friendly intercourse in
14 society.

15     39. The Plaintiff LANASA has suffered harm as a result
16 of the defamatory statements including, but not limited to,
17 reputational harm, emotional distress and mental anguish, and
18 the statements were defamatory and libelous *per se*.

19     40. As a direct and proximate result of the aforesaid
20 actions of the Defendant, inclusive of all the claims herein,
21 the Plaintiff LANASA and his family have been forced to seek
22 therapy and other professional health care assistance.

1     41. As a result of Defendant's conduct, the Plaintiffs
2 are entitled to compensatory and punitive damages, as well as
3 injunctive and Declaratory relief.

4     42. That as a result of the foregoing, Plaintiffs have
5 been damaged in a sum exceeding the jurisdictional limits of
6 all lower courts that would otherwise have jurisdiction over
7 this matter.

8 **CAUSE OF ACTION SECOND**

9 **AS AGAINST DEFENDANT STIENE — SLANDER *PER SE***

10     43. Plaintiffs repeat, re-iterate, and incorporate
11 herein ¶¶ 1 through 42 as if set forth herein.

12     44. As set forth above, Defendant, on numerous
13 occasions, with full knowledge that said statements were
14 false and made with malice, did publish to third parties that
15 Plaintiff LANASA, among other things, that Plaintiff LANASA
16 was a "warrior for the old ways; you know racism, gay bashing,
17 women in the kitchen"; and "you included a Nazi in the
18 company". See above.

19     45. These aforesaid statements constitute defamation
20 and/or libel *per se* because they falsely impugn the Plain-
21 tiffs' honesty, trustworthiness, dependability, and pro-
22 fessional fitness and abilities, and falsely charged him with
23 engaging in criminal conduct, fraud, dishonesty and/or other

conduct that would tend to injure the Plaintiffs in their trade or business, and any trade, business, or profession which Plaintiffs may seek to pursue.

46. These aforesaid false and defamatory statements have caused the Plaintiff LANASA (as well as his family members) severe embarrassment, humiliation and emotional injury.

47. Upon information and belief, the Defendant has made, and continues to make or cause to be made, these and similarly false and defamatory statements about the Plaintiffs to third parties.

48. As a result of said defamation, the Plaintiff continues to suffer from severe humiliation, loss of standing in the community, loss of self-esteem, public disgrace, loss of standing and respect within his own family, and severe and extreme emotional distress.

49. The defamatory acts committed against the Plaintiffs by Defendant were intentional, willful, wanton, malicious and oppressive and were motivated, solely by a desire to permanently harm the name, reputation, and financial and business interests of the Plaintiffs without regard for the truth or the Plaintiffs' well-being and were based on a lack of concern and ill-will toward the Plaintiffs and/or a malicious, deliberate, and/or reckless disregard for their

rights, for which the Plaintiffs are entitled to an award of punitive damages.

50. At all material times, Defendant defamed Plaintiff LANASA by — as stated above — making false statements which tended to expose Plaintiffs to public contempt, ridicule, aversion or disgrace, and induced an evil opinion of him in the minds of right-thinking persons, and deprived him (and continues to deprive him) of their friendly intercourse in society.

51. The Plaintiff LANASA has suffered harm as a result of the defamatory statements including, but not limited to, reputational harm, emotional distress and mental anguish, and the statements were defamatory and libelous *per se*.

52. As a result of Defendant's conduct, the Plaintiffs are entitled to compensatory and punitive damages, as well as injunctive and Declaratory relief.

53. That as a result of the foregoing, Plaintiffs have been damaged in a sum exceeding the jurisdictional limits of all lower courts that would otherwise have juris-diction over this matter.

## CAUSE OF ACTION THIRD

## AS AGAINST DEFENDANT STIENE —

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

54. Plaintiff LANASA repeats, re-iterates, and incorporates herein ¶¶ 1 through 53 as if set forth herein.

55. Further, in an attempt to intimidate, harass, and threaten the named Plaintiff, LANASA, the Defendant posted a video in which he stated: "I already know your address; I already know your fucking phone number; I know your wife's phone number."

**March 17, 2022**: *https://www.youtube.com/watch?v=pSbVzLby37w* @ 05:26.

56. The Defendant also posted, online, in a continuing attempt to intimidate, harass, and threaten the Plaintiff, images of his wife and minor child. This posting lasted the entire length of the Youtube video, for more than thirteen minutes.

**June 18, 2022**: *https://www.youtube.com/watch?v=hjOSwJd6ZXM*

57. The actions, as set forth above, were conducted by the Defendant for the sole and exclusive purpose of causing severe emotional distress; such actions of the Defendant, towards the Plaintiff were, and are, so shocking and outrageous that it exceeds all reasonable bounds of decency.

58. The Defendant's conduct toward Plaintiff, in posting not only the images of Plaintiff's spouse and minor female child, combined with threats of violence, and stating the Defendant knew where the Plaintiff resides, was so outrageous and shocking  that it exceeded all reasonable bounds of decency as measured by what the average member of the community would tolerate and, secondly, the Defendant's conduct caused severe emotional distress to Plaintiff and, thirdly, that Defendant acted, solely and exclusively with the desire to cause such distress to Plaintiff, intentionally and recklessly and with utter disregard of the consequences that might follow.

59. As a result of Defendant's conduct, the Plaintiff is entitled to compensatory and punitive damages, as well as injunctive and Declaratory relief.

60. That as a result of the foregoing, Plaintiffs have been damaged in a sum exceeding the jurisdictional limits of all lower courts that would otherwise have juris-diction over this matter.

WHEREFORE, Plaintiffs demand judgment against the Defendant, as follows:

a. On the First Cause of Action, damages in an amount exceeding the jurisdictional limits of all lower

1      courts that would otherwise have jurisdiction over

2      this matter;

3    b. On the Second Cause of Action, damages in an amount

4      exceeding the jurisdictional limits of all lower

5      courts that would otherwise have jurisdiction over

6      this matter;

7    c. On the Third Cause of Action, damages in an amount

8      exceeding the jurisdictional limits of all lower

9      courts that would otherwise have jurisdiction over

10      this matter;

11    d. An Order from this Court permanently enjoining the

12      Defendant from posting anything on any social media

13      platform, private or public, making any statement or

14      reference to the named Plaintiffs herein;

15    e. The issuance of a retraction of all defamatory,

16      libelous and false claims;

17    f. Interest, costs, and disbursements of this action;

18    g. Punitive damages, in an amount to be determined at

19      trial;

20    h. Both Pre-judgement and Post-Judgment Interest at the

21      statutory rate;

22    i. For all legal fees and costs and disbursements of this

23      Action; and

1    j. For such other further relief as this Court shall deem

2       just and proper.

3                       **DEMAND FOR JURY TRIAL**

4       Plaintiffs hereby demand a trial by jury on all issues.

5    F.R.Civ.P. Rule 38.

6
7    Dated: September 22, 2022
8          Somers, NY
9
10
11                        Bernard V. Kleinman, Esq.
12                        LAW OFFICE OF
13                            BERNARD V. KLEINMAN, PLLC
14                        108 Village Square
15                        Suite 313
16                        Somers, NY 10589
17                        Tel. (914) 644-6660
18                        Fax: (914) 694-1647
19                        Email: *attrnylwyr@yahoo.com*

20   To:   ERIK STIENE
21         5209 Haspel Street
22         # 2
23         Elmhurst, NY 11373-4344
24
25

## VERIFICATION

STATE OF NC )
COUNTY OF NewHanover } *s.s.*:

   I am JUSTIN LANASA, the named Plaintiff herein, and a principal in the named Plaintiffs TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC:

   I have read the foregoing Verified Complaint and know the contents thereof. I know the same is true to my own knowledge, except as to matters based upon information and belief, and to those matters I believe them to be true.

_____
JUSTIN LANASA

_____
TSR, LLC
By: Justin Lanasa

_____
DUNGEON HOBBY SHOP MUSEUM, LLC
By: Justin Lanasa

Sworn to, Before Me
this 22nd day of September 2022

_____
Notary Public
State of NorthCarolina

