# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC

## ATTORNEY - AT - LAW

108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305
TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 694-1647

July 29, 2022

Erik S. Stiene
5209 Haspel Street
# 2
Elmhurst, NY 11373-4344

Re: Justin LaNasa; TSR Hobbies

Dear Mr. Stiene:

   This law firm represents Justin LaNasa and TSR Hobbies.  If you are represented by legal counsel, please direct this letter to your attorney and have your attorney contact this office with all deliberate speed.

   This firm has been engaged to investigate and take whatever legal action is necessary against yourself, and other individuals, who have distributed, on various internet sites, and through emails to third parties, unwarranted defamatory and slanderous statements, harmful to my clients both in their professional and personal capacities.

   Among other actions, this letter addresses, the statements, posted by yourself on Youtube®, and other internet sites, that defame my clients and have caused them economic loss for which the law provides both equitable and legal remedies.

   Upon information and belief, beginning around two years ago, you (using your name and a pseudonym of "Tenkar") started criticizing a museum that my client had established, in your daily blog.  Since that time, you have engaged in personal attacks (as enumerated below) on multiple social media venues, including, but not limited to Youtube®, as a violation of their Terms of Service.

   For example, in *https://www.youtube.com/watch?v=VJpS_H-M-lI*, you stated that my client threatened to "send the FBI to your doorstep; I'm going to kill you".  At 1:12.  In addition: *https://youtu.be/gKYIhMltLnU*, misrepresentations about

Erik S. Stiene
Re: Justin LaNasa; TSR Hobbies
29 July 2022 — page two

attendees; *https://youtu.be/skGiuemsC2w*, false and misleading statements regarding profits and other business actions of TSR; *https://youtu.be/f4qUp1DVmr8*, false and misleading information regarding client's lawsuit with Wizards of the Coast.

   My clients have suffered direct and quantifiable damages based upon these postings.  For example, after you posted this on Youtube® (*https://youtu.be/-sDfkispM9w*), Geek nation canceled their tour due to this drama causing financial damages in payments to the hobby shop and attacking any one that supports TSR.  These are just a small example of the multiple postings that continue in an all but obsessive manner.

   Furthermore, you have repeatedly threatened, accused, doxed, slandered, and defamed my clients for reasons that are only known to yourself.  While my client has attempted to ignore these tortious acts of yourself, your activity, as recently as July 25th, 2022, have continued unrelented.

   While my clients have attempted to resolve these issues amicably, these have all been rebuffed by yourself, leaving my client with no other recourse but to retain counsel and seek legal redress.

   Indeed, upon information and belief, you threatened physical harm to an associate of my client when he attempted to speak with you in or around February 2022.  Furthermore, your posting of photographs, on line, of my client's spouse and minor child have put both of these persons in fear for their personal well-being and needs to both stop immediately and be withdrawn by yourself.

   Please be advised, that the inferences that one may draw from the statements made in the litany of Youtube® postings, made by you, are utterly false, and demonstrate a knowing, malicious and willful intent to harm the character and professional reputation of my clients.  Furthermore, these statements have caused Mr. LaNasa and the above-referenced entity serious and irreparable injury to their professional reputation, for which the law clearly provides redress.

   In addition, thereto, your actions may well have violated the terms of service of Youtube®, and Google® along with any other

Erik S. Stiene
Re: Justin LaNasa; TSR Hobbies
29 July 2022 — page three

social networking venue, or similar sites to which you may have posted such defamatory material, and they will be notified of such behavior on your part forthwith.

Under New York law, a defamed party may recover damages if the following elements are present:

*First*, the defamed party must prove that the statement was defamatory, meaning that the <u>statement had a</u> <u>***tendency***</u> <u>to expose the plaintiff to public hatred,</u> <u>contempt, ridicule or disgrace</u>.

*Second*, the defamed party must prove that the statement referred to that party, meaning that the statement would be reasonably understood to be about the defamed individual.

*Third*, the defamed party must prove that the maker of the statement published or broadcast the statement, meaning that the maker of the statement communicated the statement to someone other than the defamed party. And,

*Fourth*, the defamed party must prove that the statement was false, meaning substantially untrue.

All of these elements are clearly present here.

Accordingly, it is demanded, on behalf of Mr. LaNasa, TSR Hobbies, and all affiliated entities that you <u>immediately</u> do the following:

(A) Cease and desist your unlawful defamation of the above-referenced parties;

(B) Provide counsel herein with a complete list of all parties to whom this defamatory story [along with any others] was distributed, or any other similar communications, be they in writing, by email, oral communications, or any other method of communication;

(C) Notify all parties to whom these communications have been made that they are being retracted, and that the inferential statements made therein regarding Mr. LaNasa and TSR Hobbies are false;

(D) Provide counsel herein with prompt written assurance, within ten (10) calendar days, that you shall cease and desist all such similar activities from further defaming Mr. LaNasa and TSR Hobbies character and reputation;

Erik S. Stiene
Re: Justin LaNasa; TSR Hobbies
29 July 2022 — page four

_____

      (E) Re-imburse our client for their full and complete
          legal expenses, and all future fees, expenses,
          costs and disbursements, associated with this
          matter.

   If you fail to comply with all of these demands within
the above-stated time frame, our client is entitled to seek
monetary damages and equitable relief due to your defama-
tory conduct.  Furthermore, please be advised that our
client has expressed their clear desire, if you fail to
comply with these demands, to pursue all available legal
remedies, including both compensatory and punitive damages,
and all legal fees, costs and disbursements.  You should be
aware that your liability, hereunder, is clear and indis-
putable, and could well be quite monetarily considerable.


   This letter shall serve as your one and only opportunity
to correct this intentional tortious conduct.


                    Yours, *etc.*,


                         /s/
                  Bernard V. Kleinman


BVK:lsb
cc:  J. LaNasa

[PRIORITY MAIL: 9505515194212210305473]