

261 Madison Avenue, 26th Floor
New York, New York 10016
(212) 972-7040 (o) • (212) 922-1939 (f)
www.FSFLLP.com

**ROBERT B. LOWER, COUNSEL**
RLOWER@FSFLLP.COM

May 8, 2023

<u>Via ECF</u>

Hon. Kiyo A. Matsumoto, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East, Courtroom 6C-S
Brooklyn, New York 11201

      Re:    **REQUEST FOR ORAL ARGUMENT**
              Case No. 1:22-cv-05686 (KAM)(VMS) — *Justin Lanasa et al. v. Erik Stiene et al.*

Dear Judge Matsumoto:

      This office represents Defendants in the above captioned matter.  Pursuant to Your Honor's Individual Practices, we write to request oral argument in connection with Defendants' motion for summary judgment dated March 8, 2023 and thank the Court for its time and consideration.

                                      Respectfully submitted,

                                      By: _____
                                              Robert B. Lower

                                      FARBER SCHNEIDER FERRARI LLP

cc:      Counsel of record; Hon. Vera M. Scanlon, U.S.M.J. (via ECF)