# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW
108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305
TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 694-1647

October 26, 2023

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6C-S
Brooklyn, New York 11201

Re: *LaNasa, et al. v. Stiene*, 22-cv-5686

Your Honor:

The Court has calendared the Pre-Motion Conference on Defendants' counsels Letter application, ECF No. 47, to which Plaintiffs' counsel responded on October 25, 2023. ECF No. 49.

The current calendared date of November 1, 2023, at 1000, is unavailable for Plaintiffs' counsel as he has an appearance on a pre-trial conference in Civil Court in Manhattan on that date/time (which has already been adjourned once).

Counsel herein has contacted counsel for the Defendants regarding this and alternative dates of October 31, and November 2 are available for all parties (subject to the Court's calendar). Plaintiffs' counsel also proposed November 14, 16 or 17 (the entire week of November 6 Plaintiffs' counsel is in Denver, CO and Colorado Springs, CO on other legal matters, and is unavailable). Defendants' counsels' response as to these dates was "no, thanks" (not indicating whether they are available or not).

Your attention to this matter is appreciated.

Respectfully submitted,

/s/ *Bernard V. Kleinman*
Bernard V. Kleinman
Attorney for Plaintiffs

cc: All counsel of record by ECF