

261 Madison Avenue, 26th Floor
New York, New York 10016
(212) 972-7040 (o) • (212) 922-1939 (f)
www.FSFLLP.com

**ROBERT B. LOWER, COUNSEL**
**RLOWER@FSFLLP.COM**

November 2, 2023

**Via ECF**
Hon. Kiyo A. Matsumoto, U.S.D.J.
United States District Court, E.D.N.Y.

    Re:    Case No. 1:22-cv-05686-KAM-VMS — *Justin Lanasa et al. v. Erik Stiene et al.*

Dear Judge Matsumoto:

    This office represents Defendants and writes to provide the update promised during today's conference. Defendants continue to believe this case is dismissible pursuant to Fed. R. Civ. P. 12(b), and therefore respectfully refrain from making any changes to the motion pending at ECF No. 32. We thank the Court for its time and consideration.

    Respectfully submitted,

    FARBER SCHNEIDER FERRARI LLP

    By: _____
           Robert B. Lower

cc:    Counsel of record; Hon. Vera M. Scanlon, U.S.M.J. (via ECF)