<div align="center">

# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
## ATTORNEY - AT - LAW

108 VILLAGE SQUARE, SUITE 313
SOMERS, NY 10589-2305

TEL: (914) 644-6660   E-MAIL: ATTRNYLWYR@YAHOO.COM   FAX: (914) 694-1647

</div>

November 26, 2023

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6C-S
Brooklyn, New York 11201

<div align="center">Re: <u>*LaNasa, et al. v. Stiene*, 22-cv-5686</u></div>

Your Honor:

I am counsel to the Plaintiffs in the above-referenced civil action.

After the tele-conference on November 3rd, 2023, Your Honor issued the following Order:
> The Court held a pre-motion conference regarding Defendants' request for terminating sanctions. The Court declined to grant such relief and advised the parties that it also would not grant such relief if it were requested by motion. The court further advised Defendants that the issue of Mr. Lanasa's criminal history may more appropriately be raised in Rule 11(c)(2) correspondence and advised Plaintiffs to strongly consider taking the appropriate measures to rectify any false statements that they might discover as a result of that correspondence without judicial intervention.

Following communication from the Defendants' attorneys, and consultation with my Client, the following email was sent to counsel for the Defendants, on November 25, 2023, *viz*.,
> I will be submitting a letter to the Court requesting permission to amend the Complaint as follows:
> 1. Based upon this representation of yours: "Lois Stiene has zero connection to Plaintiffs or this litigation.", removing her name as a Defendant.
> 2. Striking the assertion that Mr. LaNasa has no criminal convictions (based upon his 20+ year old Misdemeanor conviction for Damage to Real Property).

Not having received any objection, and in the interests of avoiding costly and unproductive motion practice, I would respectfully request permission to amend the Complaint, to avoid the necessity of "judicial intervention", as set forth above.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ *Bernard V. Kleinman*
Bernard V. Kleinman, Esq.
Attorney for Plaintiffs

</div>

cc: All counsel of record by ECF