UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN LANASA, TSR, LLC and DUNGEON HOBBY SHOP MUSEUM, LLC, | : <br> : Case No.: 1:22-cv-05686(KAM)(VMS) <br> : |
| Plaintiffs, | : <br> : |
| -versus- | : **NOTICE OF MOTION** <br> : **TO DISMISS** |
| ERIK STEINE, and LOIS STIENE, aka RACHEL STEINE, | : <br> : |
| Jointly and Severally, | : ORAL ARGUMENT REQUESTED <br> : |
| Defendants. | : <br> : |

**PLEASE TAKE NOTICE**, that upon pleadings had herein, the links incorporated by reference therein, and the accompanying brief in support of this motion, dated January 23, 2024, the undersigned will move this Court, before Hon. Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 6C-S, Brooklyn, New York 11201, at a date and time set by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), 28 U.S.C. § 1332(a), 28 U.S.C. § 1367(c)(3), N.Y. Civ. Rights L. §§ 70-a and 76-a dismissing Plaintiff's Complaint, with prejudice, closing and terminating the case, for an award of attorneys' fees pursuant to N.Y. Civ. Rights L. §§ 70-a and 76-a, and for such other and further relief as this court deems just and proper.

Dated:  New York, New York
        January 23, 2024

By: _____
Daniel J. Schneider
Robert B. Lower
EDNY Bar: DS7366
Farber Schneider Ferrari LLP
*Attorneys for Defendant(s)*
261 Madison Ave, 26th Floor
New York, New York 10016
(212) 972-7040
rlower@fsfllp.com

To:    All Parties via ECF and Email