UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN LANASA, TSR, LLC and DUNGEON HOBBY SHOP MUSEUM, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　　-versus-<br><br>ERIK STEINE, and LOIS STIENE, aka RACHEL STEINE,<br>　　　　　　Jointly and Severally,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-05686(KAM)(VMS)<br><br>**MOTION PURSUANT TO LOCAL RULE 1.4** |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration, Farber Schneider Ferrari LLP seeks an Order, before Hon. Kiyo A. Matsumoto, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 6C-S, Brooklyn, New York 11201, at a date and time set by the Court, if necessary, for, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules"), displacing Robert B. Lower, Esq. as attorney of record in this case, removing his appearance from the docket, and for such other and further relief as this court deems just and proper.

Dated: New York, New York
　　　　February 29, 2024

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Schneider
　　　　　　　　　　　　　　　　　　　　EDNY Bar: DS7366
　　　　　　　　　　　　　　　　　　　　Farber Schneider Ferrari LLP
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant(s)*
　　　　　　　　　　　　　　　　　　　　261 Madison Ave, 26th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　(212) 972-7040
　　　　　　　　　　　　　　　　　　　　dschneider@fsfllp.com

To:　　All Attorneys via ECF
　　　　Client via Email

# DECLARATION OF DANIEL J. SCHNEIDER IN SUPPORT OF MOTION TO DISPLACE ROBERT B. LOWER AS ATTORNEY OF RECORD FOR DEFENDANTS AND TO REMOVE HIM FROM THE DOCKET

Daniel J. Schneider, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am an attorney licensed to practice law before the United States District Court for the Eastern District of New York, am a Partner of the Firm of Farber Schneider ("FSF") and have appeared as counsel to Defendants Erik Stiene and any other individual who may be deemed to be a defendant ("Defendant(s)") in the above captioned matter.

2. Robert B. Lower ("Mr. Lower") is an attorney licensed to practice law before this Court has filed a notice of appearance in this case and is presently listed as one of the attorneys of record for Defendant(s) in this Action.

3. This declaration is respectfully submitted in support of my application for an order for the displacement Mr. Lower as counsel of record for Defendant(s), and removing his appearance from the Docket, pursuant to Local Rule 1.4.

4. Mr. Lower's representation in this case arose from his association with FSF, the law firm representing Defendant(s) in this case.

5. Mr. Lower has concluded his association with FSF, FSF will continue with the defense of Defendant(s), and since Mr. Lower's association with FSF has concluded, he will not be participating in the defense of Defendant(s) going forward.

6. FSF has requested and/or inquired, on more than one occasion that Mr. Lower submit a motion to withdraw pursuant to Local Rule 1.4, but, to date, Mr. Lower has declined to do so.

7. Accordingly, it is respectfully requested that the Court grant the displacement of Mr. Lower, and remove his appearance from the Docket.

8. I am not aware of any basis for Mr. Lower to assert a retaining or charging lien nor has FSF received any demand of the kind from him.

9. FSF has communicated with Defendant(s) and this motion has been authorized as Defendant(s) indicate that FSF will continue the representation in this case.

10. I declare under penalty of perjury that the foregoing is true and correct.

**WHEREFORE,** based upon the foregoing, we respectfully request the Court grant FSF's motion to displace in its entirety, with such other and further relief as the Court deems appropriate.

Dated: New York, New York
February 29, 2024

_____
Daniel J. Schneider