UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN LANASA, TSR, LLC and DUNGEON HOBBY SHOP MUSEUM, LLC,<br><br>Plaintiffs,<br><br>-versus-<br><br>ERIK STEINE, and LOIS STIENE, aka RACHEL STEINE,<br>Jointly and Severally,<br><br>Defendants. | Case No.: 1:22-cv-5686(KAM)(VMS)<br><br>**DECLARATION OF ERIK STIENE IN IN RESPONSE TO COURT'S ORDER DATED APRIL 2, 2024** |

ERIK STIENE, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am the defendant in the captioned action. I submit this declaration in response to the Court's order (the "Diversity Order") dated April 2, 2024 aimed at clarifying the issue of diversity of citizenship.

2. My domicile, as defined in the Diversity Order, is located at 52-09 Haspel Street, Elmhurst, New York 11373 in the County of Queens, State of New York.

3. I declare under penalty of perjury that the foregoing is true and correct.

Signed:  Queens, New York
April 2, 2024

_____
ERIK STIENE