UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN LANASA, TSR, LLC and DUNGEON HOBBY SHOP MUSEUM, LLC,<br><br>Plaintiffs,<br><br>-versus-<br><br>ERIK STEINE, and LOIS STIENE, aka RACHEL STEINE,<br><br>Jointly and Severally,<br><br>Defendants. | Case No.: 1:22-cv-5686(KAM)(VMS)<br><br>DECLARATION OF LOIS STIENE IN IN RESPONSE TO COURT'S ORDER DATED APRIL 2, 2024 |

LOIS STIENE, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am an individual who was named as a defendant in the captioned action. I submit this declaration in response to the Court's order (the "Diversity Order") dated April 2, 2024 aimed at clarifying the issue of diversity of citizenship.

2. I believe I was correctly removed as a defendant in this action in Plaintiff's Second Amended Complaint, but, I nonetheless make this declaration since the Diversity Order requests a declaration from Defendants, and I remain in the caption.

3. My domicile, as defined in the Diversity Order, is located at 52-09 Haspel Street, Elmhurst, New York 11373 in the County of Queens, State of New York.

4. I declare under penalty of perjury that the foregoing is true and correct.

Signed:  Queens, New York
April 2, 2024

*Lois Stiene*
LOIS STIENE