## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN LANASA, TSR, LLC and DUNGEON HOBBY SHOP MUSEUM, LLC, <br><br> Plaintiffs, <br><br> -versus- <br><br> ERIK STEINE, and LOIS STIENE, aka RACHEL STEINE, <br> Jointly and Severally, <br><br> Defendants. | Case No.: 1:22-cv-5686(KAM)(VMS) <br><br> **DECLARATION OF RACHEL STIENE IN IN RESPONSE TO COURT'S ORDER DATED APRIL 2, 2024** |

RACHEL STIENE, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am an individual who is now being claimed to be a defendant in the captioned action. I submit this declaration in response to the Court's order (the "Diversity Order") dated April 2, 2024 aimed at clarifying the issue of diversity of citizenship.

2. To the extent that the Diversity Order identifies me as a Defendant, that is in dispute in the pending motion to dismiss, and while I submit this declaration, it should not be construed as an admission that I am a party to this case. I will leave that determination to the outcome of the pending motion to dismiss.

3. My domicile, as defined in the Diversity Order, is located at 52-09 Haspel Street, Elmhurst, New York 11373 in the County of Queens, State of New York.

4. I declare under penalty of perjury that the foregoing is true and correct.

Signed:   Queens, New York
          April 2, 2024

_____
RACHEL STIENE