**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEWYORK**

---

| | | |
|---|---|---|
| **JUSTIN LANASA, TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC,** | : | Case No. 22-cv-05686-KAM-VMS |
| Plaintiffs, | : | |
| — *versus* — | : | Declaration |
| **ERIK STIENE, RACHEL STIENE,** | : | |
| Defendants. | : | |

---

STATE OF NORTH CAROLINA}
COUNTY OF New Hanove } s.s.:

1. I am JUSTIN LANASA, the principal officer of Plaintiff DUNGEON HOBBY SHOP MUSEUM, LLC, herein.

2. I submit this Declaration as directed by the District Court's Order of April 2d, 2024.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the following is true and correct to the best of my knowledge.

4. Plaintiff DUNGEON HOBBY SHOP MUSEUM, LLC is a limited liability corporation existing and organized as a corporation under the laws of the State of Wisconsin, and has an office, as its principal place of business, located in the State of Wisconsin, at 723 William Street, Lake Geneva, WI 53147.

Dated: Apr. 4, 2024

JUSTIN LANASA
Principal, DUNGEON HOBBY SHOP MUSEUM, LLC