**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEWYORK**

================================

| | | |
|---|---|---|
| JUSTIN LANASA, TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC, | : | Case No. 22-cv-05686-KAM-VMS |
| Plaintiffs, | : | |
| — versus — | : | Declaration |
| ERIK STIENE, RACHEL STIENE, | : | |
| Defendants. | : | |

================================

STATE OF NORTH CAROLINA}
COUNTY OF __New Hanover__ }    s.s.:

1. I am JUSTIN LANASA, the principal officer of Plaintiff TSR, LLC, herein.

2. I submit this Declaration as directed by the District Court's Order of April 2d, 2024.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the following is true and correct to the best of my knowledge.

4. Plaintiff TSR, LLC is a limited liability corporation existing and organized as a corporation under the laws of the State of Wisconsin, and has an office, as its principal place of business, located in the State of North Carolina, at 208 South Front Street, Wilmington, NC 28401.

Dated: Apr. __4__, 2024

_____
JUSTIN LANASA
Principal, TSR LLC