UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEWYORK

| | |
|---|---|
| JUSTIN LANASA, TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC, | Case No. 22-cv-05686-KAM-VMS |
| Plaintiffs, | |
| — versus — | Declaration |
| ERIK STIENE, RACHEL STIENE, | |
| Defendants. | |

STATE OF NORTH CAROLINA}
COUNTY OF __New Hanover__ }    s.s.:

1. I am JUSTIN LANASA, the Plaintiff herein.

2. I submit this Declaration as directed by the District Court's Order of April 2d, 2024.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that the following is true and correct to the best of my knowledge.

4. My domicile, as defined in the Order of the Court is 533 Hidden Valley Road, Wilmington, NC 28409.

Dated: Apr. __4__, 2024

JUSTIN LANASA