UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Justin LaNasa; TSR, LLC; and Dungeon
Hobby Shop Museum, LLC,

                          Plaintiffs,                    JUDGMENT
        v.                                        22-cv-5686 (KAM) (VMS)

Erik Stiene and Rachel Stiene,

                          Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on April 17, 2024, granting the Stienes' motion to dismiss for failure to state a claim with respect to Erik Stiene; dismissing LaNasa's claims against him with prejudice; granting the Stienes' motion to dismiss for insufficient service with respect to Rachel Stiene; dismissing LaNasa's claims against her without prejudice; denying LaNasa leave to amend his complaint again; and denying the Stienes' request for oral argument as moot; it is

       ORDERED and ADJUDGED that the Stienes' motion to dismiss for failure to state a claim is granted with respect to Erik Stiene; LaNasa's claims against him are dismissed with prejudice; the Stienes' motion to dismiss is granted for insufficient service with respect to Rachel Stiene; that LaNasa's claims against her are dismissed without prejudice; that LaNasa is denied leave to amend his complaint again; and that the Stienes' request for oral argument is denied as moot.

Dated: Brooklyn, New York  
       April 18, 2024

                                                                               Brenna B. Mahoney  
                                                                               Clerk of Court

                                                      By:    */s/Jalitza Poveda*  
                                                                          Deputy Clerk