UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEWYORK

=========================================== :

JUSTIN LANASA, TSR, LLC, and : 
DUNGEON HOBBY SHOP MUSEUM, LLC, : Case No. 22-cv-05686-KAM-VMS
 :
**Plaintiffs,** :
 :
— *versus* — : Notice of Appeal
 :
ERIK STIENE, RACHEL STIENE, : Hon. Kiyo Matsumoto
 : U.S. District Judge
**Defendants.** : Eastern Dist. of N.Y.
=========================================== :

Notice is hereby given that JUSTIN LANASA, TSR, LLC, and DUNGEON HOBBY SHOP MUSEUM, LLC, Plaintiffs herein, in the above-named case, do hereby appeal, to the United States Court of Appeals for Second Circuit, from the final Opinion and Order entered in this action on the 17th of April, 20124 granting Defendants' Motion to Dismiss, under Rule 12, FRCivP.

Dated:   11 May 2024
         Somers, NY

                              /s/ *Bernard V. Kleinman*
                              Bernard V. Kleinman, Esq.
                              Law Office of Bernard V.
                                  Kleinman, PLLC
                              Attorney for Plaintiffs-
                                  Appellants
                              108 Village Square
                              Suite 313
                              Somers, NY 10589-2305
                              Tel. 914.644.6660
                              Fax 914.694.1647
                              Email: *attrnylwyr@yahoo.com*

To:
    Daniel J. Schneider, Esq.
    Farber Schneider Ferrari, LLP
    Attorneys for Defendants

261 Madison Avenue
26th Floor
New York, New York 10016
Tel: (212) 972-7040
dschneider@fsfllp.com